# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELISSA GALE, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:22-cv-01329-XR |
| MISSION HOSPICE OF SAN ANTONIO, LLC, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

After considering Plaintiff's Motion for Default Judgment against Defendant Mission Hospice of San Antonio, LLC as well as the affidavits and other evidence on file, the Court FINDS that Defendant Mission Hospice of San Antonio, LLC failed to answer this lawsuit. Based on the record evidence, the Court further FINDS that Defendant Mission Hospice of San Antonio, LLC discharged Plaintiff Melissa Gale from employment on July 15, 2022 in violation of 31 U.S.C. Section 3730(h).

The record supports entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) as follows:

It is ordered, adjudged, and decreed that Plaintiff Melissa Gale recover from Defendant Mission Hospice of San Antonio, LLC lost wages in the amount of $56,480.82 for the time period between July 15, 2022 and March 2, 2023 as well as an equal amount pursuant to 31 U.S.C. Section 3730(h)(2) for a total amount of $112,961.64.

It is ordered, adjudged, and decreed that Plaintiff Melissa Gale recover from Defendant Mission Hospice of San Antonio, LLC special damages for mental anguish in the amount of $50,000.00.

It is further ordered, adjudged, and decreed that Defendant Mission Hospice, L.L.C. immediately reinstate Plaintiff Melissa Gale to the position of Quality Assurance Manager at the pay rate of $89,000.00 and with the same seniority that she would have but for her termination from employment.

Finally, it is ordered, adjudged, and decreed that Melissa Gale recover from Defendant Mission Hospice of San Antonio, LLC attorney fees in the amount of $6,626.68 and costs of court in the amount of $497.00.

Post-judgment interest shall accrue on all amounts awarded at the rate of 5.06 percent per annum until the judgment is paid in full.

This case is ordered closed. This is a final appealable judgment. All relief not granted herein is denied.

So ORDERED this _____ day of _____.

_____
United States District Judge

APPROVED AND ENTRY REQUESTED

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
(210) 616-9800
*Attorney for Melissa Gale*