## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELISSA GALE,<br>　　　　*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-22-CV-01329-XR |
| MISSION HOSPICE OF SAN ANTONIO,<br>LLC,<br>　　　　*Defendant* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff's Motion for Default Judgment (ECF No. 13) is **GRANTED** as to her claim for retaliation under 31 U.S.C. § 3730(h).

Plaintiff is **AWARDED** $192,685.17 in back pay compensation as well as court costs and attorneys' fees in the amount of $6,797.00. Accordingly, Defendant is **ORDERED** to compensate Plaintiff by providing payment in the total amount of **$199,482.17**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 11th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Xavier Rodriguez
United States District Judge